

CR 174-10

September 13, 2023

U.S. District Court
Potter Stewart U.S. Courthouse
100 E 5th St Room #103
Cincinnati, OH 45202

Re: Bernard Alan Hatfield
    Expungement of Federal Felony
    IRS vs Bernard Alan Hatfield
    Case# 1:74CR10 ~ 2 counts of Income Tax Evasion

I am requesting expungement from my record for the above case based on the following:

- Tax evasion was for a part time job at night as a musician to supplement day job while raising 3 children. I filed taxes on my income in 1971 after I learned I was being investigated. Our gross income for 1971 was $8,387., including a loss of $2,506. from income as a musician.
- Gross income for 1974, the year I was convicted was $13,170., which included income as a musician of $1371. During 1974, I had another son so we had 4 dependants. I filed on income as a musician until I retired in 1989 as I had obtained a much better job at General Electric.
- I was a musician, again in 2007 for 10 years backing up my son on keyboard as he started as a musician after a serious accident at work that left him a quadraplegic. He wasn't able to perform any other job due to his injury. I filed on the income as a musician until I retired, again, in 2017.
- I have served on Clermont County Jury Duty 3 times
- I have voted for many years
- I was employed by General Electric and had special government clearance on 3 projects I was working on
- I have not had any other convictions
- I have been married 55 years and have 5 children
- Total for tax, fines & penalties approx. $3500. paid in less than 30 days of being convicted. Given 10 days in jail and 2 years probation. Early release from probation. The 2 counts were from 1969 & 1970. I could not find tax returns for these years but it was approx $10,000 gross income from my memory. I borrowed money to pay $3500. from parents & paid them back in monthly installments.

I did not realize this case was a felony until I applied for a gun license in 2020. I have attached correspondence from the United States Department of Justice, Federal Bureau of Investigation.

Sincerely,

Bernard Alan Hatfield
6030 Delfair Ln
Milford, OH 45150
Home Ph# 513-575-1806
Cell ph# 513-206-6447
email: bhatmil7@yahoo.com

```
              UNITED STATES DEPARTMENT OF JUSTICE
                FEDERAL BUREAU OF INVESTIGATION
             CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                        CLARKSBURG, WV  26306
```

WVNICSA00                                    ICN E2020343000000047517

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
            - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

```
NAME                              FBI NO.         DATE REQUESTED
HATFIELD,BERNARD ALAN             347482M1        2020/12/08

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W     1942/06/16  508     198     BLU   BRO

BIRTH PLACE
OHIO

PATTERN CLASS
LS LS LS LS LS LS LS LS LS LS




1-ARRESTED OR RECEIVED 1974/03/04
    AGENCY-USM CINCINNATI (OHUSM0100)
    AGENCY CASE-02310

  FINGERPRINT INFORMATION
    BSI/1000044346594
    PRINT DATE/1997/08/07

    CHARGE 1-INCOME TAX EVASION-2CTS

  COURT- ()
    CHARGE-TITLE 26, SECTION 7206(1) US CODE - FALSE FEDERAL INCOME TAX
    RETURN
```

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

WVNICSA00                                              ICN E2020343000000047517
PART 2
                   - FBI IDENTIFICATION RECORD - FBI NO.-347482M1
    4-29-74 NOLO CONTENDERE, IMP SENT SUSP, 2 YEARS PROBATION,
     FIRST 10 DAYS OF PROBATION SPENT IN JAIL-TYPE INST,
     SPEC COND-PAY TAXES & PENALTIES IN 90 DAYS OR 20 MORE DAYS JAIL
    TIME,
     STAY OF EXECUTION GRANTED TO 5-6-74; 6-25-74 ORDER EXTENDING TIME
    TO SETTLE TAX LIABILITY, 4-28-76 PROB EXPIRED
    CHARGE-TITLE 26, SECTION 7206(1) US CODE - FALSE FEDERAL INCOME TAX
    RETURN
    4-29-74 DISMISSED

RECORD UPDATED 2020/12/07


ALL ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

WVNICSA00                CIDN                ICN E2020343000000047517

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 347482M1 IS FURNISHED FOR OFFICIAL USE ONLY.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME HATFIELD,BERNARD ALAN   DOB 1942/06/16

DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME HATFIELD,BERNARD ALAN

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | W | 1942/06/16 | 508 | 198 | BLUE | BROWN |

BIRTH CITY       BIRTH PLACE
UNREPORTED       OHIO

HENRY CLASS                    PATTERN CLASS
23 L 19 W    MOO 10            LS LS LS LS LS LS LS LS LS LS
   L 11 W    OIO  0

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| NONE | NONE | 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 | NONE |

ALIAS NAME(S)
NONE